[No. 28596-1-III.   Division Three.   November 16, 2010.]

ROSCOE IMRIE, *Respondent*, v. STEVE KELLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 07-2-00024-6, E. Thompson Reynolds, J., entered October 19, 2009. *Reversed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ. Now published at 160 Wn. App. 1.

[No. 39262-3-II.   Division Two.   November 18, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY DONALD STRONG, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01245-0, John P. Wulle, J., entered April 29, 2009. *Affirmed* by unpublished opinion per Serko, J. Pro Tem., concurred in by Penoyar, C.J., and Worswick, J.

[No. 39554-1-II.   Division Two.   November 18, 2010.]

LARRY ANDREWS ET AL., *Appellants*, v. HARRISON MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-2-01630-1, Theodore F. Spearman, J., entered June 26, 2009. *Reversed* and *remanded* by unpublished opinion per Brosey, J. Pro Tem., concurred in by Penoyar, C.J., and Worswick, J.

[No. 28046-2-III.   Division Three.   November 18, 2010.]

WAYNE R. DAVIS ET AL., *Respondents*, v. LARRY FENDELL ET AL., *Appellants*, YAKIMA COUNTY, *Defendant*, JOHN KOOPMANS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-2-00896-5, Michael G. McCarthy, J., entered April 8, 2009. *Affirmed in part* and *reversed in part* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Brown, JJ.